AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, first, middle initial)<br><br>McLaughlin, Joseph M. | 2. Court or Organization<br><br>U.S. Court of Appeals Second Circuit | 3. Date of Report<br><br>5/15/07 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial  X Annual  ___ Final<br><br>5b. ___ Amended Report | 6. Reporting Period<br><br>Jan. 1, 2006 to Dec. 31, 2006 |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X    NONE (No reportable positions.) | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X    NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| A. Filer's Non-Investment Income | | |
| ___ NONE (No reportable non-investment income.) | | |
| 2006 | Matthew Bender, Royalty | $110,482 |
| | | $ |
| | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

___ NONE (No reportable non-investment income.)

RECEIVED 2007 MAY 21 A 11:08 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| **NONE** (No such reportable reimbursements.) [X] | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| **NONE** (No such reportable gifts.) [X] | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| **NONE** (No reportable liabilities.) [X] | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Citigroup Smith Barney Money Market acct. | A | Int. | J | T | | | | | |
| 2 Common Stock DNP Select Income Fund | E | Div. | N | T | | | | | |
| 3 USAA Tax Exempt Bond Fund | E | Div. | O | T | Buy | 9/28 06 | K | | Public Trading |
| 4 " | | | | | Buy | 4/11 06 | K | | Public Trading |
| 5 Common Stock Suburban Propane | B | Div. | K | T | | | | | |
| 6 Common Stock Citicorp | B | Div. | K | T | | | | | |
| 7 TIAA/Cref Managed Allocation Fund | E | Div. | O | T | Received Transfer 9/22/06 | | L | | Explanation in VIII |
| 8 TIAA/CREF Growth Equity Fund | A | Div. | J | T | Transferred funds 9/22/06 | | L | | Explanation in VIII |
| 9 Annual Summary State. TIAA/CREF Pension | G | Min. Dist. | P1 | V | | | | | Explanation in VIII |
| 10 Annual Summary State. Keogh | B | Min. Dist. | L | V | | | | | Explanation in VIII |
| 11 TIAA/CREF IRA TIAA/CREF Growth Fd. | B | Min. Dist. | K | V | | | | | Explanation in VIII |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McLaughlin, Joseph M. | 5/15/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

VIII
Line 7 & 8   I transferred funds from TIAA/CREF Growth Equity
             to TIAA/CREF Managed Allocation Fund.

VIII
Line 9       TIAA/CREF is a retirement plan established while I
             was a law teacher. I am now taking Minimum Distribution
             from this plan.

VIII
Line 10      A large portion of my Keogh funds were rolled over to
             TIAA/CREF in 2003. TIAA/CREF gives me a Minimum
             Distribution from these funds. I took a Minimum
             Distribution from the remaining funds in 2006.

VIII.
Line 11      These are old IRA accounts with TIAA/CREF from which
             I am now taking Minimum Distribution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date   May 15, 2007 _____

NOT[...]LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SU[...] app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544